CHAMBERS OF
**JAMES L. OAKES**
SENIOR CIRCUIT JUDGE

TELEPHONE  802-254-5000
FACSIMILE  802-257-1922

July 21, 2004

Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC   20544

Re:  *2003 Financial Disclosure*

Dear Judge Lisi:

I have received your letter of July 6 regarding my 2003 Financial Disclosure Report.

On page 2, your paragraph 1) does not require a response, as you have indicated that it was already set forth in my letter of amendment dated July 21, 2003.

Paragraph 2) mentions that I did enter in Column D(3) the value of the asset at time of disposition - in reference to page 1 of Section VII, line 6, I entered K, and in reference to page 2, line 22, I entered L.

In reference to your paragraph 3), since no income was received I should have left blank the spaces in Column B(1) for the various assets listed.

In reference to your paragraph 4), I should have listed "(X)" after "Millenium Cell" on line 17. Also, I request that line 18 be omitted completely because it was a typographical error that Millenium Cell was listed twice.

In reference to your paragraph 5), since I bought Coca-Cola, FedEx, Harley Davidson, Hormel and UPS all on November 17, 2003, I had no income from any of these and should have put "None" in Column B(2).

Paragraph 6) refers to the last five stocks mentioned, and the value "J" should be entered, and the method would be "T."

Finally, in reference to paragraph 7), I sold the Baltimore house which had the BB&T Mortgage Escrow, and Comdisco went bankrupt, and neither had income or value so I should have provided this information in Paragraph VIII.

I certainly don't envy you your job, and I very much appreciate your calling these matters to my attention. If you require any other information, please let me know.

Sincerely,



James L. Oakes

mfr

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Oakes, James L. | 2. Court or Organization<br><br>U.S. Court of Appeals, Second Circuit | 3. Date of Report<br><br>May 4, 2004 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. Senior Circuit Judge | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial ___x___ Annual ___ Final | 6. Reporting Period<br><br>Calendar year 2003 |
|---|---|---|

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Emeritus, Board of Trustees | Vermont Law School |
| 2 Member, Board of Trustees | William Nelson Cromwell Foundation |
| 3 Member, Board of Directors | The Edgartown Reading Room, Inc., Edgartown, MA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| | Fairfield University | |
| | Other | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [x] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [x] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [ ] | NONE (No reportable liabilities.) | | |
| 1 | ▓▓▓▓▓ | ▓▓▓▓ | ▓▓ |
| 2 | ▓▓▓▓▓ | ▓▓▓ | ▓▓ |
| 3 | ▓▓▓▓ | ▓▓▓ | ▓▓ |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Guilford, VT, real estate | A | Lumber | L | W | | | | | |
| 2 ▓▓▓ real estate | D | Rent | O | S | | | | | |
| 3 ▓▓ apt. | B | Rent | N | W | | | | | |
| 4 MA. Cap. Dev. Fund - IRA | C | C.G. | K | T | | | | | |
| 5 Cent. Money Mkt. Fund | A | Int. | J | T | | | | | |
| 6 MFS Hi Inc Fund | B | Int. | K | T | Sell | 11/03/03 | K | Loss | |
| 7 Banknorth | A | Int. | J | T | | | | | |
| 8 Dukes County Savings | A | Int. | J | T | | | | | |
| 9 Ballard Power | A | None | J | T | | | | | |
| 10 Berkshire Hathaway | A | None | J | T | | | | | |
| 11 Berkshire Hathaway B | | | | | Buy | 6/5/03 | J | | |
| 12 Put DJX Dec. 70 | -- | None | -- | | | | | | |
| 13 Chittenden Cap. Trust | A | Int. | J | T | | | | | |
| 14 Corning | -- | None | -- | -- | Sell | 11/17/03 | J | B | |
| 15 Dominion Resources | A | None | J | T | | | | | |
| 16 Idacorp Inc. | A | None | J | T | | | | | |
| 17 Millenium Cell | A | None | J | T | | | | | |

| | | | |
|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Millenium Cell | A | None | J | T | | | | | |
| 19 Vanessa Ventures | A | None | J | T | | | | | |
| 20 Country Club Debenture | A | Int. | J | T | | | | | |
| 21 Bank Boston | A | Div. | J | W | | | | | |
| 22 Baltimore, MD, house | -- | None | L | R | Sell | 5/28/03 | L | No gain | |
| 23 SJG Cap Tr | A | Div. | J | T | | | | | |
| 24 VT 4.7% Coll. Bond | A | Int. | J | T | | | | | |
| 25 Coca-Cola | | | | | Buy | 11/17/03 | J | | |
| 26 Fedex | | | | | Buy | 11/17/03 | J | | |
| 27 Harley Davidson | | | | | Buy | 11/17/03 | J | | |
| 28 Hormel | | | | | Buy | 11/17/03 | J | | |
| 29 UPS | | | | | But | 11/17/03 | J | | |
| 30 A.G. Edwards | B | Int.&Div. | L | T | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2  Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3  Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Oakes, James L. | May 10, 2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date \_\_\_\_\_ May 10, 2004 \_\_\_\_\_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544